

# Tennessee Department of State



Business Services | Elections | Publications | Charities | Administrative Procedures | Library and Archives | Contact Us | Home

Business Services　　　　　　　　　　　　　　　　　　　　　　　SEARCH:

## Division of Business Services　　　　　　　　　　　　　　　　　　　　UCC Search

**Debtor Name**　　　　Silver Dollar

　　　　　　　　　　Enter debtor last name or organization name
　　　　　　　　　　　(or portion of it)
**Or**　　　　　　　(Do not use periods or commas;
　　　　　　　　　　use a space for an apostrophe)

**UCC1 File Number**

　　　　　　Enter the UCC1 File Number (nine digits)

　　　　　　[ Search ]　　[ Reset ]

### IMPORTANT INFORMATION ABOUT THE
### TENNESSEE UNIFORM COMMERCIAL CODE
### INTERNET DATABASE

- This database reflects all active UCC1 Financing Statements on file with the Tennessee Secretary of State as of **three working days prior to today's date.**

- **On each working day the UCC database is updated between 7:30AM and 11AM (CST). During the update process, secured party information may not be available and/or related UCC document information may not be accurately reflected for a UCC1 filing.**

- Please note that any search results you may obtain by using this online feature do not necessarily reflect results which would be obtained in an official search by the Division of Business Services using the rules for search requests and reports as provided in the Uniform Commercial Code Rules, Chapter 1360-8-5

For more information, please contact
the UCC Unit at 615-741-3276.

---

Contact Us | Site Map | Policies | Department of State | Tennessee.gov

Copyright © State of Tennessee

EXHIBIT A